IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REPUNZA BROWN, as Special Administrator**     **PLAINTIFF**
**of the Estate of DONALD BUTLER, deceased, and**
**on Behalf of the Wrongful Death Beneficiaries of**
**Donald Butler**

v.            **CASE NO. 4:24-CV-00411 BSM**

**DOLLARWAY ROAD OPERATING, LLC dba**
**The Blossoms at White Hall Rehab & Nursing Center**     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE